UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| JACQUELINE R. LONG, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 1:05CV0060 ERW |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) ) |

## ORDER

This matter is before the Court upon the Report and Recommendation of United States Magistrate Judge Thomas C. Mummert III [doc. #11]. The Court notes that no objections were filed to the Report and Recommendation within the time period afforded by 28 U.S.C. § 636(b)(1). The Court has considered the Report and Recommendation and hereby sustains, adopts and incorporates herein the Magistrate's Report and Recommendation. The Commissioner's decision to deny benefits will be reversed and remanded.

Accordingly,

**IT IS HEREBY ORDERED** that the decision of the Commissioner of Social Security is **REVERSED** and this case is **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for proceedings consistent with the Magistrate's Report and Recommendation, including a reevaluation of the credibility of Plaintiff and her husband.

Dated this 26th day of July, 2006.

*/s/ E. Richard Webber*

E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE

1

PDF created with FinePrint pdfFactory trial version www.pdffactory.com